\#

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

In re:                                                                                      Chapter 11

**AVA HOSPITALITY, LLC,**                                       Case No:  19-13751-smb

                              Debtor.
------------------------------------------------------------X

## ORDER DISMISSING CHAPTER 11 CASE

Upon the motion of Ava Hospitality, LLC (the "Debtor") seeking entry of an order dismissing its chapter 11 case pursuant to 11 U.S.C. §§ 105(a), 305(a) and 1112(b); and it appearing that appropriate notice has been given; and no objections having been interposed; and a hearing having been held before this Court on February 25, 2020; and sufficient cause existing for the relief requested, it is

**ORDERED**, that the Debtor's chapter 11 case commenced under Chapter 11 of title 11 of the United States Code is dismissed pursuant to 11 U.S.C. §§ 105(a). 305(a) and 1112(b); and it is further

**ORDERED,** that the Court shall retain jurisdiction over all matters relating to the implementation or interpretation of this Order.

{01044184.DOC;1 }

\#

    **ORDERED**, that the Debtor shall reserve sufficient funds to pay the Office of the United States Trustee the amount of any quarterly fees due pursuant to 28 U.S.C. § 1930 and any applicable interest due pursuant to 31 U.S.C. § 3717, which fees and interest, if any, shall be paid within ten (10) days of the entry of this Order.

Dated: New York, New York
   February **25th**, 2020

         **/s/ STUART M. BERNSTEIN**
         **HONORABLE STUART M. BERNSTEIN**
         **UNITED STATES BANKRUPTCY JUDGE**