**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Ava Hospitality, LLC (New York LLC)   CASE NO.: 19–13751–smb

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER: 11
27–1340249

---

# NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Stuart M. Bernstein in this Chapter 11 case.

Ava Hospitality, LLC (New York LLC) was dismissed from the case on February 25, 2020 .

Dated: February 25, 2020                              Vito Genna
                                                      Clerk of the Court