# Notice Recipients

District/Off: 0208−1    User:    Date Created: 2/25/2020
Case: 19−13751−smb    Form ID: 131    Total: 42

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPRegion02.NYECF@USDOJ.GOV
aty    Arnold Mitchell Greene    amg@robinsonbrog.com
aty    Fred B. Ringel    fbr@robinsonbrog.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Ava Hospitality, LLC (New York LLC)    49 West 55th Street    Suite 2B    New York, NY 10019
smg    New York State Tax Commission    Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205−0300
smg    United States Attorney's Office    Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007
smg    Internal Revenue Service    PO Box 7346    Philadelphia, PA 19101−7346
smg    N.Y. State Unemployment Insurance Fund    P.O. Box 551    Albany, NY 12201−0551
smg    New York City Dept. Of Finance    345 Adams Street, 3rd Floor    Attn: Legal Affairs − Devora Cohn    Brooklyn, NY 11201−3719
7650984    47−49 55 LLC    75 HUNTINGTON STREET    BROOKLYN, NY 11231
7646759    CONSOLIDATED EDISON CO. OF NY    JAF STATION    P.O. BOX 1702    NEW YORK, NY 10116−1702
7646780    CONSOLIDATED EDISON CO. OF NY    JAF STATION    P.O. BOX 1702    NEW YORK, NY 10116−1702
7646760    CORP. COUNSEL FOR NYC    TAX AND BANKRUPTCY LIT. DIV.    100 CHURCH STREET    NEW YORK, NY 10007
7646781    CORP. COUNSEL FOR NYC    TAX AND BANKRUPTCY LIT. DIV.    100 CHURCH STREET    NEW YORK, NY 10007
7646762    Department of the Treasury    Internal Revenue Service    Post Office Box 7346    Philadelphia, PA 19101−7346
7646761    FEDERMAN STEIFMAN LLP    220 EAST 42ND STREET, 29TH FL.    ATTN: MICHAEL K. FEDERMAN    NEW YORK, NY 10017
7646782    FEDERMAN STEIFMAN LLP    220 EAST 42ND STREET, 29TH FL.    ATTN: MICHAEL K. FEDERMAN    NEW YORK, NY 10017
7646783    INTERNAL REVENUE SERVICE    PO BOX 7346    PHILADELPHIA, PA 19101−7346
7663225    Jaffe, Ross & Light LLP    477 Madison Avenue    New York, NY 10022
7663189    Jaffe, Ross & Light LLP    C/O Rivkin Radler LLP    477 Madison Avenue    New York, New York 10022
7658928    Jaffe, Ross & Light LLP    c/o Rivkin Radler LLP    477 Madison Avenue    New York, NY 10022
7650987    LANE EXCLUSIVES    41 29 50TH STREET    WOODSIDE, NY 11377
7646763    MAVRIDES MOYAL PACKMAN SADKIN    276 FIFTH AVENUE, SUITE 404    NEW YORK, NY 10001
7646784    MAVRIDES MOYAL PACKMAN SADKIN    276 FIFTH AVENUE, SUITE 404    NEW YORK, NY 10001
7646764    NEW YORK STATE DEPT. OF FINANC    ATTN: BANKRUPTCY SPECIAL PROC    PO BOX 5300    ALBANY, NY 12205
7646785    NEW YORK STATE DEPT. OF FINANC    ATTN: BANKRUPTCY SPECIAL PROC    PO BOX 5300    ALBANY, NY 12205
7646765    NYC DEPT. OF ENVIRONMENTAL    PROTECTION    5917 JUNCTION BLVD., 13TH FL.    ELMHURST, NY 11373
7646786    NYC DEPT. OF ENVIRONMENTAL    PROTECTION    5917 JUNCTION BLVD., 13TH FL.    ELMHURST, NY 11373
7646766    NYC DEPT. OF FINANCE    345 ADAMS STREET, 3RD FL.    ATTN: LEGAL AFFAIRS    BROOKLYN, NY 11201
7646787    NYC DEPT. OF FINANCE    345 ADAMS STREET, 3RD FL.    ATTN: LEGAL AFFAIRS    BROOKLYN, NY 11201
7646767    NYC ENVIRONMENTAL CONTROL    BOARD    66 JOHN STREET    NEW YORK, NY 10038
7646788    NYC ENVIRONMENTAL CONTROL    BOARD    66 JOHN STREET    NEW YORK, NY 10038
7665014    NYC Office of Administrative Trials and Hearings    100 Church St., 12th Fl.    New York, NY 10007
7665013    Nicholas Dietz    NYC Office of Administrative Trials and Hearings    100 Church St, 12th Fl.    New York, NY 10007
7646768    OFFICE OF THE ATTORNEY GENERAL    28 LIBERTY ST.    NEW YORK, NY 10005
7646789    OFFICE OF THE ATTORNEY GENERAL    28 LIBERTY ST.    NEW YORK, NY 10005
7646769    PANCAS RESTAURANT, INC.    C/O FRANK CASELLI    29−44 216TH STREET    BAYSIDE, NY 11360
7646790    PANCAS RESTAURANT, INC.    C/O FRANK CASELLI    29−44 216TH STREET    BAYSIDE, NY 11360
7646791    RIVKIN RADLER LLP F/K/A JAFFE    ROSS & LIGHT LLP    477 MADISON AVE, 20TH FLOOR    NEW YORK, NY 10022

| | | | | |
|---|---|---|---|---|
| 7646792 | STEWART TITLE INSURANCE CO. | 60 E 42ND ST., SUITE 1260 | NEW YORK, NY 10165 | |
| 7646770 | US ATTY OFFICE –SDNY | 86 CHAMBERS STREET | ATTN: TAX AND BANKRUPTCY | NEW YORK, NY 10007 |
| 7646793 | US ATTY OFFICE –SDNY | 86 CHAMBERS STREET | ATTN: TAX AND BANKRUPTCY | NEW YORK, NY 10007 |

TOTAL: 39